[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-11592
Non-Argument Calendar
_____

D. C. Docket No. 1:12-cv-00216-IPJ-RRA


TERRY DONNELL WATSON,

Plaintiff-Appellant,

versus

WARDEN,
STATE OF ALABAMA,
ATTORNEY GENERAL, STATE OF ALABAMA,
COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS,
RONALD CAVANAUGH, Medical Review Officer, individually and
in his official capacity acting "under color of state law," et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(January 22, 2013)

Before MARCUS, KRAVITCH, and EDMONDSON, Circuit Judges.

PER CURIAM:

Terry Watson, an inmate at the Childersburg Community Work Center in Alabama, appeals *pro se* the district court's denial of his request for a preliminary injunction to enjoin the current procedures and practices for inmate drug testing conducted by the Alabama Department of Corrections ("DOC") and the implementation of DOC Administrative Regulation #440 ("AR 440").  The district court did not abuse its discretion in denying the injunction.  For background, see Wolff v. McDonnell, 418 U.S. 539, 94 S. Ct. 2963, 2982-83, 41 L.Ed 2d 935 (1974).  The public's interest in the administration of a safe prison system, free of drugs, is great.  Besides, Watson failed to show that he would suffer an imminent, irreparable injury (one not compensable through monetary damages) in the absence of a preliminary injunction.

AFFIRMED.

2